## Commonwealth *v.* Scott, Appellant.

Submitted April 14, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant.

*Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 22, 1975:

Appellant's sole claim is that his waiver of a jury trial was inadequate under the standards set forth in *Commonwealth v. Williams,* 454 Pa. 368, 312 A.2d 597 (1973). This issue not having been raised in post-trial motions, it cannot be raised on this direct appeal. *Commonwealth v. Agie,* 449 Pa. 187, 296 A.2d 741 (1972).

Judgment affirmed.